UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ALICIA TANGUIS, ET AL.                    CIVIL ACTION

VERSUS                                    NUMBER: 01-449
                                          & cons. cases

M/V WESTCHESTER, ET AL.                   SECTION: "A"(5)


**<u>REPORT AND RECOMMENDATION</u>**


        Presently before the Court are the recommendations of the PSC
Audit Committee, as supplemented and amended on November 27, 2007,
regarding attorney fee and cost allocations among counsel.  (Rec.
docs. 241, 265).  For the reasons that follow, it is recommended
that the fees and costs be allocated/reimbursed in the amounts set
forth herein.

        Following the referral of the attorney fee issue to the
undersigned, several conferences with counsel, the initial
recommendations of the PSC Audit Committee, the filing of
objections by several of the attorneys, and an evidentiary hearing
held on October 10 and November 20, 2007, all counsel reached an

agreement as to the allocation and reimbursement of fees and costs in this matter. That agreement is set forth in the PSC Audit Committee's first supplemental and amended recommendations filed herein on November 27, 2007 to which the parties were given until December 14, 2007 within which to file any objections to same. (Rec. doc. 267). No such objections having been filed, and the PSC Audit Committee's supplemental and amended recommendations being well-founded, it is recommended that the attorneys' fees and costs be allocated and reimbursed in the sums set forth below.

<u>**RECOMMENDATION**</u>

For the foregoing reasons, it is recommended that attorneys' fees and interest thereon be allocated among counsel as follows:

| | |
|---|---|
| Bencomo & Associates | $    250.00 |
| Larry Arcell | $  5,500.00 |
| Dumas & Associates | $  5,000.00 |
| Celeste Gauthier | $  5,500.00 |
| Becnel Law Firm | $ 27,000.00 |
| Patrick Hufft | $ 10,000.00 |
| Jones, Verras & Freiberg | $ 11,250.00 |
| Rebecca Ann Cunard | $ 30,714.00 |
| Neblett, Beard & Arsenault | $ 15,000.00 |
| Dodson, Hooks & Frederick | $ 20,000.00 |
| David Hufft | $ 25,000.00 |
| Henry Dart | $ 40,000.00 |
| Cossich, Summich & Parsiola | $ 40,000.00 |
| Val Exnicios | $107,286.00 |
| TOTAL | $342,500.00 |

It is further recommended that costs be reimbursed to the following PSC members in the noted sums:

2

| | |
|---|---|
| Arsenault | $ 7,264.57 |
| Bencomo | $ 4,123.19 |
| Becnel | $37,980.91 |
| Cossich | $17,345.89 |
| Cunard | $49,872.66 |
| Dart | $64,887.18 |
| Dodson | $ 5,793.89 |
| Dumas | $ 3,735.50 |
| Exnicios | $ 8,390.98 |
| Gauthier | $ 4,304.73 |
| D. Hufft | $ 4,168.82 |
| P. Hufft | $ 3,735.50 |
| Jones | $ 4,004.85 |
| TOTAL | $215,608.67 |

A party's failure to file written objections to the proposed findings, conclusions, and recommendation contained in a magistrate judge's report and recommendation within 10 days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court, provided that the party has been served with notice that such consequences will result from a failure to object. Douglass v. United Services Auto. Assoc., 79 F.3d 1415 (5th Cir. 1996)(en banc).

New Orleans, Louisiana, this  10th  day of     January     , 2008.


                              ALMA L. CHASEZ
                    UNITED STATES MAGISTRATE JUDGE