UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALICIA TANGUIS, ET AL. | CIVIL ACTION |
| VERSUS | NUMBER: 01-449 <br> & cons. cases |
| M/V WESTCHESTER, ET AL. | SECTION: "A"(5) |

O R D E R

This matter has been taken up in full by United States Magistrate Judge Alma L. Chasez. All counsel reached an agreement as to the allocation and reimbursement of fees and costs in this matter, as described in the Magistrate Judge's Report and Recommendation.[1] Having considered the recommendations of the PSC Audit Committee, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of counsel to file any objections to the Magistrate Judge's Report and Recommendation, and the statement that all parties "have reached an agreement" to this allocation, the Court hereby approves the Magistrate Judge's Report and

---

[1] In reviewing the Report and Recommendation, the Court notes that attorney Val Exnicios is receiving a fee. Mr. Exnicios was placed on the Court's recusal list on March 2, 2007.

Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that attorneys' fees and interest thereon are to be allocated among counsel as follows:

| | |
|---|---|
| Bencomo & Associates | $     250.00 |
| Larry Arcell | $  5,500.00 |
| Dumas & Associates | $  5,000.00 |
| Celeste Gauthier | $  5,500.00 |
| Becnel Law Firm | $ 27,000.00 |
| Patrick Hufft | $ 10,000.00 |
| Jones, Verras & Freiberg | $ 11,250.00 |
| Rebecca Ann Cunard | $ 30,714.00 |
| Neblett, Beard & Arsenault | $ 15,000.00 |
| Dodson, Hooks & Frederick | $ 20,000.00 |
| David Hufft | $ 25,000.00 |
| Henry Dart | $ 40,000.00 |
| Cossich, Summich & Parsiola | $ 40,000.00 |
| Val Exnicios | $107,286.00 |
| TOTAL | $342,500.00 |

**IT IS FURTHER ORDERED** that costs be reimbursed to the following PSC members in the noted sums:

| | |
|---|---|
| Arsenault | $  7,264.57 |
| Bencomo | $  4,123.19 |
| Becnel | $37,980.91 |
| Cossich | $17,345.89 |
| Cunard | $49,872.66 |
| Dart | $64,887.18 |
| Dodson | $  5,793.89 |
| Dumas | $  3,735.50 |
| Exnicios | $  8,390.98 |

| | |
|---|---|
| Gauthier | $ 4,304.73 |
| D. Hufft | $ 4,168.82 |
| P. Hufft | $ 3,735.50 |
| Jones | <u>$ 4,004.85</u> |
| TOTAL | $215,608.67 |

New Orleans, Louisiana, this 31st day of January, 2008.

_____
UNITED STATES DISTRICT JUDGE